# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GERMAINE VELEZ-RAMIREZ,<br>Defendant. | INDICTMENT<br><br>Criminal No.: 17-460 (CCC)<br><br>Violation:<br>18 U.S.C. § 666(a)(1)(B) (Bribery)<br><br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Receipt of a Bribe by an Agent of an Organization Receiving Federal Funds
### (Title 18, United States Code, Section 666(a)(1)(B))

1. At all times material to this Indictment, the Police of Puerto Rico ("POPR"), was an agency of a state government that received federal assistance in excess of $10,000.00 during the one-year period beginning in January 1, 2016 and ending in December 31, 2016.

2. At all times material to this Indictment, defendant **Germaine Velez-Ramirez**, was an agent for the Police of Puerto Rico.

3. At all times material to this Indictment, defendant **Germaine Velez-Ramirez** worked in the drug division located in Cabo Rojo, Puerto Rico. **Germaine Velez-Ramirez's** duties included the investigation of drug crimes including possession of narcotics.

On or about March 26, 2016, in the District of Puerto Rico, and within the jurisdiction of this court, the defendant,

## GERMAINE VELEZ-RAMIREZ

did corruptly solicit, demand, and accept a thing of value from a person, intending to be influenced in connection with a transaction and series of transactions of the Police of Puerto Rico, involving $5,000.00 or more. All in violation of Title 18, United States Code, Section 666(a)(1)(B).

TRUE BILL

**ROSA EMILIA RODRIGUEZ-VELEZ**
**United States Attorney**

FOREPER

Date: 8/4/17

José Capo-Iriarte
Assistant United States Attorney
Chief, Criminal Division

Myriam Y. Fernandez
Assistant United States Attorney
Chief, Financial Fraud and Corruption

**Nicholas W. Cannon**
Assistant United States Attorney

2